UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| JOSEPH A. VAUDO | ) | Chapter 13 |
| Debtor, | ) | Case No.: 19-13881 |
|  | ) | |

## MOTION TO EXTEND THE AUTOMATIC STAY
## PURSUANT TO 11 U.S.C. §362(c)(3)(B) and MLBR 4001-1(d)

Now comes the Debtor, Joseph A. Vaudo (hereinafter the "Debtor"), through counsel, and respectfully submits this Motion to Extend the Automatic Stay pursuant to 11 U.S.C. § 362(c)(3)(B) and MLBR 4001-1(d) based on the following:

I. Brief Statement of Facts

1. On March 7, 2019, the Debtor filed a voluntary Chapter 13 bankruptcy petition assigned Case No. 19-10740 ("Prior Case").

2. On September 4, 2019, the case was dismissed by the court for failure to respond to the Trustee's Motion to Dismiss.

3. The Prior Case was filed because the Debtor's largest creditor, Anthony Prevett, who held blanket mortgages on the Debtor's two properties in Sandwich, MA was seeking to foreclose on both properties.

4. Due to the nature of the Debtor's business operating a fish market and the inconsistent income coming in, the Debtor was unable to afford the plan payment along with his other obligations, and the Prior Case was dismissed.

5. On November 12, 2019, the Debtor filed a voluntary Chapter 13 bankruptcy petition assigned Case No. 19-13881 ("Present Case").

II. <u>Pursuant to 11 U.S.C. § 362(c) and MLBR 4001-1, the Debtor's present case was filed in good faith as to all creditors to be stayed.</u>

6. Pursuant to 11 U.S.C. § 362(c)(3)(A), an issue with the automatic stay arises because the Debtor had a prior voluntary Chapter 13 petition pending within one (1) year of the case herein.

7. The Debtor had only one other bankruptcy case pending within the previous year preceding the filing of the present bankruptcy case, Case No. 19-10740.

8. In the Prior Case, two Motions for Relief from Stay were filed: one from G-FOUR LLC who owns the land on which the Debtor's business operates, and the other from Secured Creditor Anthony Prevett. G-FOUR LLC was granted relief from stay as the Debtor could not keep up with the rent payments. The Motion for Relief from Anthony Prevett was pending at the time the case was dismissed.

9. No presumption should arise that the present case was not filed in good faith, pursuant to 11 U.S.C. § 362(c), because: there was not more than 1 previous case under any of the chapters 7, 11, and 13 in which the individual was a debtor was pending within the preceding 1-year period prior to the filing of the present case; there was not a previous case under any of the chapters 7, 11, and 13 in which the individual was a debtor was dismissed within such 1-year period, after the debtor failed to file to amend the petition or other documents as required by applicable law or order of the court or provide adequate protection as ordered by the court.

10. The Debtor has filed the Present Case in good faith because he wants to protect his largest asset, his real estate. The Present Case was filed because the Debtor

was facing foreclosure of his primary residence located at 298 Route 6A East Sandwich, Massachusetts.

11. The Debtor is self-employed and operates a fish market. He receives sufficient income to make plan payments.

12. The Debtor's home was valued at $585,200.00 at the time of filing and has encumbrances on the property that total approximately $621,386.98. While the Debtor's property does not appear to have any equity, Secured Creditor Anthony Prevett is also secured with a UCC against the assets of the Debtor's business. As such, Anthony Prevett should be adequately protected.

13. The change of circumstances between the Debtor's Prior Case and the Present Case is that one of the Debtor's properties located at 19 Grove Street Sandwich, MA was sold back in September 2019. From the sale, the Debtor was able to pay approximately $469,000.00 to Anthony Prevett, reducing the total due to the Secured Creditor. In addition, since the dismissal, the Debtor has been working hard to come up with an arrangement to sell the equipment located at his business at 8 Gallo Road Sandwich, MA. There is presently a seafood wholesaler who is interested in purchasing or leasing the building from the landlord, G-FOUR LLC, and this company would be interested in purchasing the Debtor's equipment. Any profit from the sale of the equipment would go to Anthony Prevett on his secured claim.

14. The Debtor filed this Present Case to save his home from foreclosure so that he would have the time to be able to sell business assets to Anthony Prevett.

15. The Debtor requests that the automatic stay be imposed and continue as to all creditors for the entire duration of the case and length of the Chapter 13 Plan.

16. The current Chapter 13 petition will be concluded with a confirmed plan that will be fully performed. The Debtor's personal affairs and financial affairs are such that a plan confirmed under Chapter 13 will be fully performed.

WHEREFORE, the Debtor, Joseph A. Vaudo, respectfully requests that the court extend the automatic stay as to all creditors for the entire duration of the case and length of the Chapter 13 Plan, and for such other and further relief as is just and proper.

Respectfully Submitted,
The Debtor,
By His Attorney,

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: November 26, 2019    pmdaigleesq@yahoo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

IN RE: )
JOSEPH A. VAUDO ) Chapter 13
   Debtor, ) Case No.: 19-13881
)

## ORDER TO EXTEND THE AUTOMATIC STAY

The Debtor's Motion to Extend the Automatic Stay pursuant to 11 U.S.C. §362(c)(3)(B) and MLBR 4001-1(d) is sustained and the Court

**HEREBY FINDS AND ORDERS:**

The automatic stay is imposed and extends as to all creditors for duration of the case and length of the Chapter 13 plan.

**SO ORDERED.**

Dated:

_____
HONORABLE FRANK J. BAILEY
US BANKRUPTCY JUDGE

# CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the above has been served by first class mail postage prepaid upon the creditors of record as set forth on the following pages.

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: November 26, 2019

Electronic Mail:

Carolyn Bankowski, US Trustee
John Fitzgerald, Asst. US Trustee
J. Alexander Watt, Esquire for G-FOUR LLC
Robert Jachowicz, Esquire for Anthony Prevett

First Class Mail:

**40 Court Street**
John Kiernan
40 Court Street, 3rd fl
Boston, MA 02108

**American Express Business**
P.O. Box 1270
Newark, NJ 07101

**Amex**
P.o. Box 981537
El Paso, TX 79998

**Amex**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

**Anthony J. Prevett**
Mayer, Antonellis, Jachowicz & Haranas
P.O. Box 966
Framingham, MA 01701

**AT & T**
PO Box 105068-5068
Atlanta, GA 30348

**Bank Of America**
Po Box 982238
El Paso, TX 79998

**Bank Of America**
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

**Bank Of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Bank of America, N.A.**
P O Box 982284
EL PASO, TX 79998-2238

**Beth Israel Deaconess Med Cr.**
PO Box 3784
Boston, MA 02241

**Boston Lobster Company**
345 West 1st Street
Boston, MA 02127

**C&C Scale Co.**
107 Rocky Meadow Street
Middleboro, MA 02346

**Cape Cod Endodontics, PC**
441 Route 130
Sandwich, MA 02563

**Cape Cod Healthcare**
Cape Cod Hospital
PO Box 55396
Boston, MA 02205

**Carine Joannou**
c/o Jamis Bikes
151 Ludlow Ave.
Northvale, NJ 07647

**Cavossa Disposal**
210 Nathan Ellis Hgwy

East Falmouth, MA 02536

**Citibank, N.A.**
P.O. Box 6004
Sioux Falls, SD 57117

**Comcast**
P.O. Box 21828
Saint Paul, MN 55121

**Commonwealth of Mass**
55 City Hall Plaza
Brockton, MA 02301

**Credit Control, LLC**
P.O. Box 546
Hazelwood, MO 63042

**Credit Solutions, LLC**
2277 Thunderstick Drive
Suite 400
Lexington, KY 40505

**Discover Financial**
Po Box 3025
New Albany, OH 43054

**Discover Financial**
Po Box 15316
Wilmington, DE 19850

**Dish Network**
c/o AFNI
PO Box 3517
Bloomington, IL 61702

**Eastern Bank**
1 Eastern Place
Lynn, MA 01901

**Eastern Bank**
Attn: Collections Dept.
195 Market Street
Lynn, MA 01901

**ESP Receivables Management, Inc.**
P.O. Box 1547
Mandeville, LA 70470

**Eversource**

One Nstar Way
Westwood, MA 02090

**Excel Building Systems Company, Inc.**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Falmouth Publishing Company**
50 Depot Ave
Falmouth, MA 02540

**G- Four LLC**
P.O. Box 368
Sagamore Beach, MA 02562

**HMFP BIDMC Anesthesia**
PO Box 360079
Boston, MA 02241

**HMFP-Medicine**
P.O. Box 415724
Boston, MA 02241

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Lyndsay Ann Long**

**Martinez Seafood, Inc.**
Boston Fish Pier 25-27
212 Northern Avenue
Boston, MA 02210

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Midland Funding**
2365 Northside Dr Ste 300
San Diego, CA 92108

**Midland Funding**
2365 Northside Drive
San Diego, CA 92108

**National Grid**

PO Box 9037
Addison, TX 75001

**Partners Healthcare**
6 Revolution Drive, Suite 402
Somerville, MA 02145

**Peter and Claire Watts**
5 Beechwood Lane
Wellfleet, MA 02667

**Portfolio Recovery**
Po Box 41021
Norfolk, VA 23541

**Portfolio Recovery**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Puritan Cape Cod**
P.O. Box 730
Hyannis, MA 02601

**Receivables Outsourcing, LLC**
PO Box 62850
Baltimore, MD 21264

**Renato Silva**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Rood Riddle Equine Hospital**
P.O. Box 12070
Lexington, KY 40580

**Telecom**

**The Fuel Company**
P.O. Box 1330
Sandwich, MA 02563

**Town of Sandwich**
Ambulance Service Provider
8 Turcotte Memorial Drive
Rowley, MA 01969

**Transworld Systems Inc.**
500 Virginia Dr Suite 514

Fort Washington, PA 19034

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Verizon**
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

**Wells Fargo**
PO Box 30086
Los Angeles, CA 90030

**Woodbury's Lawn Service**
13 Rt 6A
Sandwich, MA 02563