UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) | |
| JOSEPH A. VAUDO ) | Chapter 13 |
| Debtor, ) | Case No.: 19-13881 |
| ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO EXTEND THE AUTOMATIC STAY

I, Joseph A. Vaudo, being duly sworn, do hereby depose and state the following:

1. I am a Debtor in Case No. 19-13881 which Chapter 13 bankruptcy petition was filed on November 12, 2019.

2. I filed the Chapter 13 bankruptcy petition because the individual who is secured against my home was trying to foreclose for the balance due to him. I want to be able to pay him in full and save my home located at 298 Route 6A Sandwich, Massachusetts.

3. I had one previous bankruptcy case pending within one year of the case herein on March 7, 2019 which was Case No. 19-10740 an individual Chapter 13 Bankruptcy case filed in the Eastern District of Massachusetts.

4. The previous case, Case No. 19-10740, was dismissed because due to the nature of my business in operating a fish market and the inconsistent income coming in, I was unable to afford the plan payment.

5. I am employed and receive sufficient income to make plan payments.

6. The change of circumstances between my Prior Case and the Present Case is that one of my properties located at 19 Grove Street Sandwich, Massachusetts was sold back in September 2019. From the sale I was able to pay approximately $469,000.00 to Anthony Prevett, who is secured against all of my assets. In addition, I have been working diligently to sell my equipment at my business at 8 Gallo Road Sandwich, Massachusetts to be able to pay Anthony

Prevett the balance he is due. There is currently a seafood wholesaler who is interested in purchasing or leasing the building from my landlord, G-FOUR LLC, and they would also be interested in buying my equipment. As an auction was scheduled on my home, I needed more time to be able to sell my equipment.

7. My financial and personal affairs are such that bankruptcy case 19-13881 will be concluded with a confirmed plan that will be fully performed.

SWORN under the pains and penalties of perjury this 26th day of November, 2019.

_____
Joseph A. Vaudo

Dated: November 26, 2019

# CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the above has been served by first class mail postage prepaid upon the creditors of record as set forth on the following pages.

                                      /s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Dated: November 26, 2019

Electronic Mail:

Carolyn Bankowski, US Trustee
John Fitzgerald, Asst. US Trustee
J. Alexander Watt, Esquire for G-FOUR LLC
Robert Jachowicz, Esquire for Anthony Prevett

First Class Mail:

**40 Court Street**
John Kiernan
40 Court Street, 3rd fl
Boston, MA 02108

**American Express Business**
P.O. Box 1270
Newark, NJ 07101

**Amex**
P.o. Box 981537
El Paso, TX 79998

**Amex**
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

**Anthony J. Prevett**
Mayer, Antonellis, Jachowicz & Haranas
P.O. Box 966
Framingham, MA 01701

**AT & T**
PO Box 105068-5068
Atlanta, GA 30348

**Bank Of America**
Po Box 982238
El Paso, TX 79998

**Bank Of America**
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

**Bank Of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Bank of America, N.A.**
P O Box 982284
EL PASO, TX 79998-2238

**Beth Israel Deaconess Med Cr.**
PO Box 3784
Boston, MA 02241

**Boston Lobster Company**
345 West 1st Street
Boston, MA 02127

**C&C Scale Co.**
107 Rocky Meadow Street
Middleboro, MA 02346

**Cape Cod Endodontics, PC**
441 Route 130
Sandwich, MA 02563

**Cape Cod Healthcare**
Cape Cod Hospital
PO Box 55396
Boston, MA 02205

**Carine Joannou**
c/o Jamis Bikes
151 Ludlow Ave.
Northvale, NJ 07647

**Cavossa Disposal**
210 Nathan Ellis Hgwy

East Falmouth, MA 02536

**Citibank, N.A.**
P.O. Box 6004
Sioux Falls, SD 57117

**Comcast**
P.O. Box 21828
Saint Paul, MN 55121

**Commonwealth of Mass**
55 City Hall Plaza
Brockton, MA 02301

**Credit Control, LLC**
P.O. Box 546
Hazelwood, MO 63042

**Credit Solutions, LLC**
2277 Thunderstick Drive
Suite 400
Lexington, KY 40505

**Discover Financial**
Po Box 3025
New Albany, OH 43054

**Discover Financial**
Po Box 15316
Wilmington, DE 19850

**Dish Network**
c/o AFNI
PO Box 3517
Bloomington, IL 61702

**Eastern Bank**
1 Eastern Place
Lynn, MA 01901

**Eastern Bank**
Attn: Collections Dept.
195 Market Street
Lynn, MA 01901

**ESP Receivables Management, Inc.**
P.O. Box 1547
Mandeville, LA 70470

**Eversource**

One Nstar Way
Westwood, MA 02090

**Excel Building Systems Company, Inc.**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Falmouth Publishing Company**
50 Depot Ave
Falmouth, MA 02540

**G- Four LLC**
P.O. Box 368
Sagamore Beach, MA 02562

**HMFP BIDMC Anesthesia**
PO Box 360079
Boston, MA 02241

**HMFP-Medicine**
P.O. Box 415724
Boston, MA 02241

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Lyndsay Ann Long**

**Martinez Seafood, Inc.**
Boston Fish Pier 25-27
212 Northern Avenue
Boston, MA 02210

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

**Midland Funding**
2365 Northside Dr Ste 300
San Diego, CA 92108

**Midland Funding**
2365 Northside Drive
San Diego, CA 92108

**National Grid**

PO Box 9037
Addison, TX 75001

**Partners Healthcare**
6 Revolution Drive, Suite 402
Somerville, MA 02145

**Peter and Claire Watts**
5 Beechwood Lane
Wellfleet, MA 02667

**Portfolio Recovery**
Po Box 41021
Norfolk, VA 23541

**Portfolio Recovery**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Puritan Cape Cod**
P.O. Box 730
Hyannis, MA 02601

**Receivables Outsourcing, LLC**
PO Box 62850
Baltimore, MD 21264

**Renato Silva**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Rood Riddle Equine Hospital**
P.O. Box 12070
Lexington, KY 40580

**Telecom**

**The Fuel Company**
P.O. Box 1330
Sandwich, MA 02563

**Town of Sandwich**
Ambulance Service Provider
8 Turcotte Memorial Drive
Rowley, MA 01969

**Transworld Systems Inc.**
500 Virginia Dr Suite 514

Fort Washington, PA 19034

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Verizon**
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

**Wells Fargo**
PO Box 30086
Los Angeles, CA 90030

**Woodbury's Lawn Service**
13 Rt 6A
Sandwich, MA 02563