

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> JOSEPH A. VAUDO, <br> Debtor | Ch. 13 <br> 19-13881-FJB |

## Proceeding Memorandum

**MATTER:**
Evidentiary Hearing:
#13 Motion filed by Debtor Joseph A. Vaudo to Extend Automatic Stay with certificate of service. (Attachments: # 1 Affidavit) (Daigle, Peter)
#20 Certificate of Service of Notice of Hearing
#21 Opposition filed by Creditor G-Four, LLC (Watt, J.)

**Decision set forth more fully as follows:**
Hearing held. For the reasons stated on the Record, the motion is allowed in part and denied in part. On or before 4:30 P.M. on December 9, 2019, the parties shall submit a proposed order. In the event that the parties cannot agree on a form of order they shall submit separate proposed orders.

By the Court,

*Frank J Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/5/2019