**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

In re:                                                                   Case No.:  **19-13881**
    **Joseph A. Vaudo**                                              Chapter 13
        Debtor(s)

**CHAPTER 13 PLAN**

*Check one.* This plan is:
☑ Original
☐ Amended *(Identify First, Second, Third, etc.)*
☐ Postconfirmation *(Date Order Confirming Plan Was Entered:* _____ *)*
Date this plan was filed:  **12/9/2019** _____

| PART 1: | NOTICES |
|---|---|

**TO ALL INTERESTED PARTIES:**
You should review carefully the provisions of this Plan as your rights may be affected. In the event the Court enters an order confirming this Plan, its provisions may be binding upon you. The provisions of this Plan are governed by statutes and rules of procedure, including Title 11 of the United States Code (the "Bankruptcy Code"), the Federal Rules of Bankruptcy Procedure ("Fed. R. Bankr. P."), the Massachusetts Local Bankruptcy Rules ("MLBR"), and, in particular, the Chapter 13 rules set forth in Appendix 1 of MLBR, all of which you should consult.

**TO CREDITORS:**
Your rights may be affected by this Plan. Your claim may be reduced, modified, or eliminated. Read this Plan carefully and discuss it with your attorney. If you do not have an attorney, you may wish to consult with one. If you oppose this Plan's treatment of your claim or any other provision of this Plan, you or your attorney **must** file with the Court an objection to confirmation on or before the later of (i) thirty (30) days after the date on which the first Meeting of Creditors pursuant to 11 U.S.C. § 341 is held or (ii) thirty (30) days after service of an amended or modified Plan, unless the Court orders otherwise. A copy of your objection must be served on the Debtor(s), the attorney for the Debtor(s), and the Chapter 13 Trustee (the "Trustee"). The Bankruptcy Court may confirm this Plan if no objection to confirmation is filed or if it overrules an objection to confirmation. You have received or will receive a Notice of Chapter 13 Bankruptcy Case from the Bankruptcy Court which sets forth certain deadlines, including the bar date for filing a Proof of Claim. **To receive a distribution, you must file a Proof of Claim.**

**TO DEBTOR(S):**
You (or your attorney) are required to serve a copy of this Plan on all creditors in the manner required under the Bankruptcy Code, the Fed. R. Bankr. P., and MLBR. Unless the Court orders otherwise, you must commence making payments not later than the earlier of (i) thirty (30) days after the date of the filing of this Plan or (ii) thirty (30) days after the order for relief. **You must check a box on each line below to state whether or not this Plan includes one or more of the following provisions. If you check the provision "Not Included," if you check both boxes, or if you do not check a box, any of the following provisions will be void if set forth later in this Plan. Failure to properly complete this section may result in denial of confirmation of this Plan.**

**FOR EACH LINE BELOW, DO NOT CHECK BOTH BOXES; DO NOT LEAVE BOTH BOXES BLANK.**

| | | | |
|---|---|---|---|
| 1.1 | **A limit on the amount of a secured claim, set out in Part 3.B.1, which may result in a partial payment or no payment at all to the secured creditor.** | ☐ Included | ☑ Not Included |
| 1.2 | **Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Part 3.B(3).** | ☐ Included | ☑ Not Included |
| 1.3 | **Nonstandard provisions, set out in Part 8.** | ☑ Included | ☐ Not Included |

| PART 2: | PLAN LENGTH AND PAYMENTS |
|---|---|

**A.**    **LENGTH OF PLAN:**

☑    36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);
☐    60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii);
☐    _____ Months. 11 U.S.C. § 1322(d)(2). The Debtor(s) states the following cause:

_____

**B.**    **PROPOSED MONTHLY PAYMENTS:**

| Monthly Payment Amount | Number of Months |
|---|---|
| 75.00 | 36 |

**C.      ADDITIONAL PAYMENTS:**

*Check one.*

☑      **None.** *If "None" is checked, the rest of Part 2.C need not be completed and may be deleted from this Plan.*

**The total amount of Payments to the Trustee [B+C]:**                                    **$2,700.00**.
*This amount must be sufficient to pay the total cost of this Plan in Exhibit 1, Line h.*

| PART 3: | SECURED CLAIMS |
|---|---|

☐      **None.** *If "None" is checked, the rest of Part 3 need not be completed and may be deleted from this Plan.*

**A.      CURE OF DEFAULT AND MAINTENANCE OF PAYMENTS:**

*Check one.*

☐      **None.** *If "None" is checked, the rest of Part 3.A need not be completed and may be deleted from this Plan.*
☑      **Any Secured Claim(s) in default shall be cured and payments maintained as set forth in (1) and/or (2) below.**
        *Complete (1) and/or (2).*

**(1) PREPETITION ARREARS TO BE PAID THROUGH THIS PLAN**

Prepetition arrearage amounts are to be paid through this Plan and disbursed by the Trustee. Unless the Court orders otherwise, the amount(s) of prepetition arrears listed in an allowed Proof of Claim controls over any contrary amount(s) listed below. Unless the Court orders otherwise, if relief from the automatic stay is granted as to any collateral listed in this paragraph, all payments paid through this Plan as to that collateral will cease upon entry of the order granting relief from stay.

(a) Secured Claim(s) (Principal Residence)
        Address of the Principal Residence:      **298 Route 6A**
                                                                  **Sandwich MA 02563-0000**
        The Debtor(s) estimates that the fair market value of the Principal Residence is:                          **$585,200.00**

| Name of Creditor | Type of Claim (*e.g., mortgage, lien*) | Amount of Arrears |
|---|---|---|
| **-NONE-** | | |

                                Total of prepetition arrears on Secured Claim(s) (Principal Residence): $**0.00**

(b) Secured Claim(s) (Other)

| Name of Creditor | Type of Claim | Description of Collateral (*or address of real property*) | Amount of Arrears |
|---|---|---|---|
| **-NONE-** | | | |

                                              Total of prepetition arrears on Secured Claim(s) (Other): $**0.00**
                                **Total prepetition arrears to be paid through this Plan [(a) + (b)]: $0.00**

**(2) MAINTENANCE OF CONTRACTUAL INSTALLMENT PAYMENTS (TO BE PAID DIRECTLY TO CREDITORS):**

Contractual installment payments are to be paid *directly* by the Debtor(s) to creditor(s). The Debtor(s) will maintain the contractual installment payments as they arise postpetition on the secured claims listed below with any changes required by the applicable contract and noticed in conformity with any applicable rules.

| Name of Creditor | Type of Claim | Description of Collateral |
|---|---|---|
| **Eastern Bank** | **Automobile Installment Loan** | **Mr. Vaudos Fish Market Inc.; Operating since 11/1/2017; UCC Secured by Anthony Prevett for 100% assets; business assets ($61,550.00); Does not own the building 100 % ownership** |

**B.      MODIFICATION OF SECURED CLAIMS:**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 3.B need not be completed and may be deleted from this Plan.*

**C.**    **SURRENDER OF COLLATERAL:**

*Check one.*

☑    **None.** *If "None" is checked, the rest of Part 3.C need not be completed and may be deleted from this Plan.*

| PART 4: | PRIORITY CLAIMS |
|---|---|

*Check one*

☑    **None.** *If "None" is checked, the rest of Part 4 need not be completed and may be deleted from this Plan.*

| PART 5: | NON PRIORITY UNSECURED CLAIMS |
|---|---|

*Check one.*

☐    **None.** *If "None" is checked, the rest of Part 5 need not be completed and may be deleted from this Plan.*
☑    **Any allowed nonpriority unsecured claim(s) other than those set forth in Part 5.F will be paid as stated below. Only a creditor holding an allowed claim is entitled to a distribution.**

☑ Fixed Amount ("Pot Plan"): each creditor with an allowed claim shall receive a pro rata share of $ **2,430.00** , which the Debtor(s) estimates will provide a dividend of **0.62** %.
☐ Fixed Percentage: each creditor with an allowed claim shall receive no less than ___% of its allowed claim.

**A.**    **GENERAL UNSECURED CLAIMS:**                                                    $391,134.68

**B.**    **UNSECURED OR UNDERSECURED CLAIMS AFTER MODIFICATION IN PART 3.B OR 3.C:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**C.**    **NONDISCHARGEABLE UNSECURED CLAIMS (*e.g., student loans*):**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| None | | |

**D.**    **CLAIMS ARISING FROM REJECTION OF EXECUTORY CONTRACTS OR LEASES:**

| Name of Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| -NONE- | | |

**E.**    **TOTAL TO BE PAID TO NONPRIORITY UNSECURED CREDITORS THROUGH THIS PLAN:**

The amount paid to nonpriority unsecured creditor(s) is not less than that required under the Liquidation Analysis set forth in Exhibit 2.

                        **Total Nonpriority unsecured Claims [A + B + C + D]: $391,134.68**

    Enter Fixed Amount (Pot Plan) or multiply total nonpriority unsecured claim(s) by Fixed Percentage and enter that amount: **$2,430.00**

**F.**    **SEPARATELY CLASSIFIED UNSECURED CLAIMS (*e.g., co-borrower*):**

| Name of Creditor | Description of Claim | Amount of Claim | Treatment of Claim | Basis for Separate Classification |
|---|---|---|---|---|
| -NONE- | | | | |

                      **Total of separately classified unsecured claim(s) to be paid through this Plan: $0.00**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

*Check one.*

☐ **None.** *If "None" is checked, the rest of Part 6 need not be completed and may be deleted from this Plan.*

☑ **The executory contract(s) and unexpired leases listed are assumed and will be treated as specified below. Any other executory contract(s) and/or unexpired lease(s) is rejected. Postpetition contractual payments will be made directly by the Debtors). Arrearage payments will be disbursed by the Trustee.**

**A.      REAL PROPERTY LEASES:**

| Name of Creditor | Lease Description | Arrears |
|---|---|---|
| G- Four LLC | | $0.00 |

**B.      MOTOR VEHICLE LEASES:**

| Name of Creditor | Lease Description | Arrears |
|---|---|---|
| -NONE- | | |

**C.      OTHER CONTRACTS OR LEASES:**

| Name of Creditor | Lease Description | Arrears |
|---|---|---|
| -NONE- | | |

**Total amount of arrears to be paid through this Plan:  $0.00**

If the Debtor(s) receives a discharge, property of the estate will vest in the Debtor(s) upon entry of the discharge. If the Debtor(s) does not receive a discharge, property of the estate will vest upon the earlier of (i) the filing of the Chapter 13 Standing Trustee's Final Report and Account and the closing of the case or (ii) dismissal of the case.

☐ **None.** *If "None" is checked, the rest of Part 8 need not be completed and may be deleted from this Plan.*

☑ **This Plan includes the following nonstandard provisions.** *Under Fed. R. Bankr. P. 3015(c), each nonstandard provision must be set forth below in a separately numbered sentence or paragraph. A nonstandard provision is a provision not otherwise included in Official Local Form 3, or which deviates from Official Local Form 3. Nonstandard provisions set forth elsewhere in this Plan are ineffective. To the extent the provisions in Part 8 are inconsistent with other provisions of this Plan, the provisions of Part 8 shall control if the box "Included" is checked in Part 1, Line 1.3.*

***The following Plan provisions are effective only if the box "Included" in Part 1, Line 1.3 is checked.***
**Anthony Prevett: Secured Creditor; The Debtor is in the process of liquidating the business to cure amount due to Anthony Prevett.**

**Joe's Lobster Mart, Inc and Joseph Vaudo v. Scott's Fish & Lobster Company, Inc. and Scott Thayer; Lawsuit pending in Suffolk Superior Court; any non-exempt recovery from the lawsuit will be devoted to the plan for payment to creditors.**

By signing this document, Debtor(s) acknowledges reviewing and understanding the provisions of this Plan and the Exhibits filed as identified below.

By signing this document, the Debtor(s) and, if represented by an attorney, the attorney for the Debtor(s), certifies that the wording and order of the provisions in this Plan are identical to those contained in Official Local Form 3, including the Exhibits identified below, other than any Nonstandard Plan Provisions in Part 8.

**/s/ Joseph A. Vaudo**                                         **December  9, 2019**

**Joseph A. Vaudo**
Debtor

Date

_____          _____
Debtor                                         Date

**/s/ Peter M. Daigle**                Date    **December  9, 2019**
_____          _____
Signature of attorney for Debtor(s)
**Peter M. Daigle**
**640517 MA**
**Daigle Law Office**
**1550 Falmouth Road**
**Suite 10**
**Centerville, MA 02632**
**(508) 771-7444**
**pmdaigleesq@yahoo.com**

The following Exhibits are filed with this Plan:
☑ **Exhibit 1: Calculation of Plan Payment***
☑ Exhibit 2: Liquidation Analysis*
☐ Exhibit 3: Table for Lien Avoidance under 11 U.S.C. § 522(f)**
☐ Exhibit 4: [Proposed] Order Avoiding Lien Impairing Exemption**

| |
|---|
| *List additional exhibits if applicable.* |
| |

*Denotes a required Exhibit in every plan
**Denotes a required Exhibit if the box "Included" is checked in Part 1, Line 1.2.

**Total number of Plan pages, included Exhibits:** 7

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**EXHIBIT 1**

**CALCULATION OF PLAN PAYMENT**

| | | |
|---|---|---|
| a) | Secured claims (Part 3.A and Part 3.B.1-3 Total): | **$0.00** |
| b) | Priority claims (Part 4.A and Part 4.B Total): | **$0.00** |
| c) | Administrative expenses (Part 4.C.1 and 4.C.2 Total): | **$0.00** |
| d) | Nonpriority unsecured claims (Part 5.E Total): | **$2,430.00** |
| e) | Separately classified unsecured claims (Part 5.F Total): | **$0.00** |
| f) | Executory contract/lease arrears claims (Part 6 Total): | **$0.00** |
| g) | Total of (a) + (b) + (c) + (d) + (e) + (f): | **$2,430.00** |
| h) | Divide (g) by .90 for total Cost of Plan including the Trustee's fee: | **$2,700.00** |
| i) | Divide (h), Cost of Plan, by term of Plan, **36** months: | **$75.00** |
| j) | Round **up** to the nearest dollar amount for Plan payment: | $**75.00** |

*If this is either an amended Plan and the Plan payment has changed, or if this is a postconfirmation amended Plan, complete(a) through (h) only and the following*:

| | | |
|---|---|---|
| k) | Enter total amount of payments the Debtor(s) has paid to the Trustee: | |
| l) | Subtract line (k) from line (h) and enter amount here: | |
| m) | Divide line (l) by the number of months remaining ( months): | |
| n) | Round up to the nearest dollar amount for amended Plan payment: | |

Date the amended Plan payment shall begin: _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

EXHIBIT 2

## LIQUIDATION ANALYSIS

### A. REAL PROPERTY

| Address (*Sch. A/B, Part 1*) | Value (*Sch. A/B, Part 1*) | Lien (*Sch. D, Part 1*) | Exemption (*Sch. C*) |
|---|---|---|---|
| **298 Route 6A Sandwich, MA 02563; Principal Residence** | **585,200.00** | **650,000.00** | **125,000.00** |

| | |
|---|---|
| **Total Value of Real Property** (*Sch. A/B, line 55*): | $ 585,200.00 |
| **Total Net Equity for Real Property** (*Value Less Liens*): | $ 0.00 |
| **Less Total Exemptions for Real Property** (*Sch. C*): | $ 0.00 |
| **Amount Real Property Available in Chapter 7:** | $ 0.00 |

### B. MOTOR VEHICLES

| Make, Model and Year (*Sch. A/B, Part 2*) | Value (*Sch. A/B, Part 2*) | Lien (*Sch. D, Part 1*) | Exemption (*Sch. C*) |
|---|---|---|---|
| **2013 Chevrolet Express 100,000 miles** | **8,405.00** | **0.00** | **8,405.00** |

| | |
|---|---|
| **Total Value of Motor Vehicles** (*Sch. A/B, line 55*): | $ 8,405.00 |
| **Total Net Equity for Motor Vehicles** (*Value Less Liens*): | $ 8,405.00 |
| **Less Total Exemptions for Motor Vehicles** (*Sch. C*): | $ 8,405.00 |
| **Amount Motor Vehicle Available in Chapter 7:** | $ 0.00 |

### C. ALL OTHER ASSETS (*Sch. A/B Part 2, no. 4; Part 3 through Part 7. Itemize.*)

| Asset | Value | Lien (*Sch. D, Part 1*) | Exemption (*Sch. C*) |
|---|---|---|---|
| **Misc. Household Goods** | **3,000.00** | **0.00** | **3,000.00** |
| **Misc. Clothing** | **300.00** | **0.00** | **300.00** |
| **Checking: Cooperative Bank of Cape Cod** | **200.00** | **0.00** | **100.00** |
| **Mr. Vaudos Fish Market Inc.; Operating since 11/1/2017; UCC Secured by Anthony Prevett for 100% assets; business assets ($61,550.00); Does not own the building** | **61,550.00** | **85,052.00** | **0.00** |
| **Joe's Lobster Mart, Inc and Joseph Vaudo v. Scott's Fish & Lobster Company, Inc. and Scott Thayer; Lawsuit pending in Suffolk Superior Court** | **0.00** | **0.00** | **0.00** |

| | |
|---|---|
| **Total Value of All Other Assets:** | $ 65,050.00 |
| **Total Net Equity for All Other Assets** (*Value Less Liens*): | $ 3,400.00 |
| **Less Total Exemptions for All Other Assets:** | $ 3,400.00 |
| **Amount of All Other Assets Available in Chapter 7:** | $ 0.00 |

### D. SUMMARY OF LIQUIDATION ANALYSIS

| Amount available in Chapter 7 | Amount |
|---|---|
| A. Amount Real Property Available in Chapter 7 (*Exhibit 2, A*) | $ 0.00 |
| B. Amount Motor Vehicles Available in Chapter 7 (*Exhibit 2, B*) | $ 0.00 |
| C. Amount All Other Assets Available in Chapter 7 (*Exhibit 2, C*) | $ 0.00 |

**TOTAL AVAILABLE IN CHAPTER 7:**     $ 0.00

### E. ADDITIONAL COMMENTS REGARDING LIQUIDATION ANALYSIS:

| |
|---|
| |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

_____
)
IN RE:                                                  )                    Chapter 13
JOSEPH A. VAUDO                          )                    Case No.:   19-13881
      Debtor,                                   )
_____)

## **CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN**

I/We hereby certify that on December 9, 2019 and in accordance with MLBR, Appendix 1, Rule 13-4(b), I/we served by first class United States mail a copy of this Plan to the on the parties on the attached list.

The Debtor,
By His Attorney,

/s/ Peter M. Daigle_____
Peter M. Daigle, Esquire
BBO # 640517
1550 Falmouth Road, Suite 10
Centerville, MA 02632
(508) 771-7444

Electronic Mail:
Carolyn Bankowski, US Trustee
John Fitzgerald, Asst. US Trustee

First Class Mail:

**40 Court Street**
John Kiernan
40 Court Street, 3rd fl
Boston, MA 02108

**American Express Business**
P.O. Box 1270
Newark, NJ 07101

**Amex**
P.o. Box 981537
El Paso, TX 79998

**Amex**
Correspondence/Bankruptcy
Po Box 981540

El Paso, TX 79998

**Anthony J. Prevett**
Mayer, Antonellis, Jachowicz & Haranas
P.O. Box 966
Framingham, MA 01701

**Anthony J. Prevett**
1198 East Street
Westwood, MA 02090

**AT & T**
PO Box 105068-5068
Atlanta, GA 30348

**Bank Of America**
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

**Bank Of America**
Po Box 982238
El Paso, TX 79998

**Bank Of America**
Attn: Bankruptcy
Po Box 982238
El Paso, TX 79998

**Bank of America, N.A.**
P O Box 982284
EL PASO, TX 79998-2238

**Beth Israel Deaconess Med Cr.**
PO Box 3784
Boston, MA 02241

**Boston Lobster Company**
345 West 1st Street
Boston, MA 02127

**C&C Scale Co.**
107 Rocky Meadow Street
Middleboro, MA 02346

**Cape Cod Endodontics, PC**
441 Route 130
Sandwich, MA 02563

**Cape Cod Healthcare**

Cape Cod Hospital
PO Box 55396
Boston, MA 02205

**Carine Joannou**
c/o Jamis Bikes
151 Ludlow Ave.
Northvale, NJ 07647

**Cavossa Disposal**
210 Nathan Ellis Hgwy
East Falmouth, MA 02536

**Citibank, N.A.**
P.O. Box 6004
Sioux Falls, SD 57117

**Comcast**
P.O. Box 21828
Saint Paul, MN 55121

**Commonwealth of Mass**
55 City Hall Plaza
Brockton, MA 02301

**Credit Control, LLC**
P.O. Box 546
Hazelwood, MO 63042

**Credit Solutions, LLC**
2277 Thunderstick Drive
Suite 400
Lexington, KY 40505

**Discover Financial**
Po Box 3025
New Albany, OH 43054

**Discover Financial**
Po Box 15316
Wilmington, DE 19850

**Dish Network**
c/o AFNI
PO Box 3517
Bloomington, IL 61702

**Eastern Bank**
Attn: Collections Dept.
195 Market Street

Lynn, MA 01901

**Eastern Bank**
1 Eastern Place
Lynn, MA 01901

**ESP Receivables Management, Inc.**
P.O. Box 1547
Mandeville, LA 70470

**Eversource**
One Nstar Way
Westwood, MA 02090

**Excel Building Systems Company, Inc.**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Falmouth Publishing Company**
50 Depot Ave
Falmouth, MA 02540

**G- Four LLC**
P.O. Box 368
Sagamore Beach, MA 02562

**HMFP BIDMC Anesthesia**
PO Box 360079
Boston, MA 02241

**HMFP-Medicine**
P.O. Box 415724
Boston, MA 02241

**Internal Revenue Service**
PO Box 7346
Philadelphia, PA 19101

**Lyndsay Ann Long**

**Martinez Seafood, Inc.**
Boston Fish Pier 25-27
212 Northern Avenue
Boston, MA 02210

**Massachusetts Department of Revenue**
Bankruptcy Unit
P.O. Box 9564

Boston, MA 02114

**Midland Funding**
2365 Northside Drive
San Diego, CA 92108

**Midland Funding**
2365 Northside Dr Ste 300
San Diego, CA 92108

**National Grid**
PO Box 9037
Addison, TX 75001

**Partners Healthcare**
6 Revolution Drive, Suite 402
Somerville, MA 02145

**Peter and Claire Watts**
5 Beechwood Lane
Wellfleet, MA 02667

**Portfolio Recovery**
Po Box 41021
Norfolk, VA 23541

**Portfolio Recovery**
120 Corporate Blvd Ste 1
Norfolk, VA 23502

**Puritan Cape Cod**
P.O. Box 730
Hyannis, MA 02601

**Receivables Outsourcing, LLC**
PO Box 62850
Baltimore, MD 21264

**Renato Silva**
c/o Kevin Michael Flannigan, Esq.
Flannigan & Associates, P.C.
540 Main St., Suite 16A
Hyannis, MA 02601

**Rood Riddle Equine Hospital**
P.O. Box 12070
Lexington, KY 40580

**Synchrony Bank**
c/o PRA Receivables Management, LLC

PO Box 41021
Norfolk, VA 23541

**Telecom**

**The Fuel Company**
P.O. Box 1330
Sandwich, MA 02563

**Town of Sandwich**
Ambulance Service Provider
8 Turcotte Memorial Drive
Rowley, MA 01969

**Transworld Systems Inc.**
500 Virginia Dr Suite 514
Fort Washington, PA 19034

**Verizon**
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

**Verizon**
500 Technology Dr
Weldon Spring, MO 63304

**Wells Fargo**
PO Box 30086
Los Angeles, CA 90030

**Woodbury's Lawn Service**
13 Rt 6A
Sandwich, MA 02563