

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

*In re:*

JOSEPH A. VAUDO,
　Debtor

Ch. 13
19-13881-FJB

### Order

**MATTER:**

#19; Evidence of Current and Sufficient Liability and Property Insurance (Re: 1 Voluntary Petition (Chapter 13)) filed by Debtor Joseph A. Vaudo (Daigle, Peter)

The evidence of insurance provided indicates coverage of 298 Route 6A, Sandwich, MA, which expired on December 3, 2019. The Debtor also lists a 2013 Chevrolet Express for which there is no evidence of insurance.

On or before December 20, 2019 at 4:30 PM, the Debtor shall file evidence of *current* insurance covering his real estate and vehicle, failing which this case will be dismissed without further process.

By the Court,

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/13/2019