

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| *In re:* | |
|---|---|
| JOSEPH A. VAUDO, | Ch. 13 |
| Debtor | 19-13881-FJB |

**Proceeding Memorandum and Order**

**MATTER:**
#13; Motion filed by Debtor Joseph A. Vaudo to Extend Automatic Stay with certificate of service. (Attachments: # 1 Affidavit) (Daigle, Peter)

**Decision set forth more fully as follows:**
1. The Motion is denied as to the Creditor, G-FOUR, LLC with respect to G-FOUR, LLC's seeking to obtain possession of the premises located at 8 Gallo Road, Sandwich, Massachusetts identified on Barnstable Land Court Plan 11508F as Lot 7 ("Property").

2. The Motion is granted, in part, as to G-FOUR, LLC as to taking any action with respect to Debtor's personal property located on the Property, including signs, counters, shelving, trade and light fixtures, contents and other store equipment. Except as provided in paragraphs 3 and 4 below, the automatic stay is extended to January 31, 2020.

3. The Debtor and G-FOUR, LLC shall engage in discussions regarding the disposition of such personal property and shall, on or before January 15, 2020, file (1) such motion as either party, or both, may deem appropriate to further extend the automatic stay as to said personal property or otherwise arrange for the sale, storage of other disposition of said personal property, or; (2) a report as to the disposition of said personal property pursuant to paragraph 4 below.

4. In the event that G-FOUR, LLC shall have retaken possession of the Premises, and shall have determined that the removal of Debtor's personal property from the Premises is necessary or convenient to accommodate G-FOUR, LLC's plans to sell or relet the Premises, G-FOUR, LLC shall notify the Debtor and Debtor's counsel at least five (5) business days in advance that Debtor may remove said personal property at Debtor's expense. G-FOUR, LLC shall provide access to the premises for the purpose of Debtor removing said personal property. In the event that Debtor shall not have removed some or all of said personal property by the seventh day, G-FOUR, LLC may take steps to have said personal property removed by the deputy sheriff and placed in a licensed,

bonded warehouse in accordance with Massachusetts law appertaining thereto.

  5. As to all other creditors, the Motion is hereby granted and the automatic stay is extended for the pendency of Debtor's Chapter 13 case.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/16/2019