

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br> JOSEPH A. VAUDO, <br>     Debtor | Ch. 13 <br> 19-13881-FJB |

### Order

**MATTER:**

#39; Motion filed by Debtor Joseph A. Vaudo to Extend Time to Respond [Re: 34 Trustee's Objection to Confirmation of Plan] with certificate of service. (Daigle, Peter)

Granted as follows: The time for the debtor to respond to the trustee's objection to confirmation of plan is hereby extended to January 14, 2020 at 4:30 PM.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 12/31/2019